

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00103-CV

| | | |
|---|---|---|
| MAKAYLA MONTOYA FRAZIER AND BUCKLE BUNNIES FUND, Appellants | § | On Appeal from the 355th District Court |
| | § | of Hood County (C2022388) |
| V. | § | February 13, 2025 |
| ZACH MAXWELL, Appellee | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's order denying Appellants Makayla Montoya Frazier and Buckle Bunnies Fund's motion to dismiss is affirmed and we remand this case to the trial court for further proceedings.

It is further ordered that Appellants Makayla Montoya Frazier and Buckle Bunnies Fund must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr